IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fortuna, Joseph J | Case Number: 08 B 00345 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 1/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,146.00 | |
| Secured: | | 1,690.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 461.00 |
| Trustee Fee: | | 149.60 |
| Other Funds: | | 3,844.42 |
| Totals: | 6,146.00 | 6,146.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 461.00 | 461.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 5. | National City Bank | Secured | 65,948.00 | 1,690.98 |
| 6. | National City Mortgage Co | Secured | 18,518.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 4,224.60 | 0.00 |
| 8. | Internal Revenue Service | Priority | 59,592.18 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 631.10 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 3,100.72 | 0.00 |
| 11. | National City Bank | Unsecured | 2,003.64 | 0.00 |
| 12. | Suzanne Trafficanta | Priority | | No Claim Filed |
| 13. | Midwest Orthopaedics | Unsecured | | No Claim Filed |
| 14. | America OnLine | Unsecured | | No Claim Filed |
| 15. | Corporation Services Company | Unsecured | | No Claim Filed |
| | | | $ 154,479.24 | $ 2,151.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 149.60 |
| | $ 149.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Fortuna, Joseph J

Printed: 10/29/08

Case Number:  08 B 00345
Judge:  Goldgar, A. Benjamin
Filed:  1/8/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

